# CASE ANNOUNCEMENTS

*September 3, 2010*

[Cite as *09/03/2010 Case Announcements*, 2010-Ohio-4137.]

## MOTION AND PROCEDURAL RULINGS

**In re Lewis.**
On May 11, 2005, this court found Yvonne D. Webb Lewis and Sidney T. Lewis to be vexatious litigators under S.Ct.Prac.R. 14.5(B). This court further ordered that Yvonne D. Webb Lewis and Sidney T. Lewis were prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On August 6, 2010, Yvonne D. Webb Lewis and Sidney T. Lewis submitted a motion for leave to file a notice of appeal. Upon consideration thereof,

It is ordered by the court that the motion for leave is denied.

PFEIFER, Acting C.J.

BROWN, C.J., not participating.

# CASE ANNOUNCEMENTS

*September 3, 2010*

[Cite as *09/03/2010 Case Announcements #2*, 2010-Ohio-4169.]

## MOTION AND PROCEDURAL RULINGS

**2010–1375. State ex rel. Vaughn v. Cubbon.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving termination of parental rights/adoption. Upon consideration of relators' emergency motion for stay,

It is ordered by the court that the emergency motion for stay is denied.

# CASE ANNOUNCEMENTS

*September 7, 2010*

[Cite as *09/07/2010 Case Announcements*, 2010-Ohio-4168.]

## MISCELLANEOUS DISMISSALS

**2010–1289. Lam v. Lam.**
Hamilton App. No. C–090456. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.